**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  **v.**                                                        **Case No. 11-CR-31**

**JAIME SANCHEZ RODRIGUEZ, et al.,**

    **Defendants.**

**ORDER DESIGNATING CASE AS COMPLEX
AND GRANTING CONTINUANCE UNDER SPEEDY TRIAL ACT**

On February 8, 2011, a grand jury in this district returned an indictment charging the defendants with conspiracy to commit international money laundering in violation of Title 18, U.S.C. § 1956(a)(2)(A) and (h). On August 2, 2013, the government filed an unopposed motion for an order designating the case as complex. On August 22, 2013, a conference was held on the motion. The government appeared by Assistant United States Attorney Michael Chmelar. Attorney Thomas G. Wilmouth appeared on behalf of defendant Jaime Sanchez Rodriguez and Attorney Martin J. Pruhs appeared on behalf of defendant Martha Catalina Munoz De Sanchez.

As grounds for its request, the government points to the nature and complexity of the prosecution and the voluminous discovery. As to the nature and complexity of the prosecution, the government stated that the indictment alleges an international money laundering conspiracy spanning several years which involved the coordination and transportation of millions of dollars in drug proceeds from various locations in the United States to Mexico in furtherance of a drug trafficking operation. As to the amount of discovery, the government pointed to the fact this case involves over one hundred foreign language recordings and a similar number of reports; the

-1-

investigation involves a Title III wiretap investigation from a case previously resolved in this district; and the case involves between 1500-2000 pages of hard copy documents. The government further notes that this is a multi-defendant case and not all of the defendants have been arraigned or appeared.

After reviewing the motion filed by the government, the Court finds that based on the nature of the prosecution and the voluminous discovery, it is appropriate to grant this motion. Additionally, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and (iv), the Court finds that based on the complexity of this case, it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial within the time limits set by the Speedy Trial Act. Further, the Court finds that under 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by taking this action outweigh the best interest of the public and the defendants in a speedy trial.

Therefore, the time between the August 22, 2013 status conference and the scheduling conference set for October 23, 2013 is excluded from the speedy trial deadline of 18 U.S.C. § 3161(c)(1).

**NOW, THEREFORE, IT IS ORDERED** that the government's request to designate the case as complex and for a continuance of the time limits set forth in 18 U.S.C. § 3161(c)(1) is hereby **GRANTED**.

**FURTHER, IT IS ORDERED** that the time between August 22, 2013 and October 23, 2013 is excluded from the speedy trial deadline of 18 U.S.C. § 3161(c)(1).

**FURTHER, IT IS ORDERED** that a pretrial scheduling conference for counsel only is scheduled for **October 23, 2013 at 10 a.m.** Counsel shall submit a joint proposed scheduling order regarding pretrial motions by **October 21, 2013**.

Dated at Milwaukee, Wisconsin this 22nd day of August, 2013.

                                                BY THE COURT

                                        *s/Nancy Joseph*
                                        NANCY JOSEPH
                                        United States Magistrate Judge